**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Salvador RODRIGUEZ–FLORES,**
**also known as Steven Lopez,**
**Defendant–Appellant.**

No. 06–11325
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 6, 2007.

Douglas Allen, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Northern District of Texas, Fort Worth, TX, for Defendant–Appellant.

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Salvador Rodriguez–Flores raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

Jose **NAVARRETE–FIERRO,** also known as Jose Luis Fierro, also known as Ricardo Navarro, also known as Jose Luis Navarrete, Defendant–Appellant.

No. 06–11328
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 6, 2007.

Denise B. Williams, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Sherylynn Ann Kime–Goodwin, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

published and is not precedent except under

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Navarrete–Fierro (Navarrete) raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. Navarrete also raises arguments that are foreclosed by *United States v. Mejia–Huerta,* 480 F.3d 713, 723 (5th Cir.2007), *petition for cert. filed,* 75 U.S.L.W. 3585 (U.S. Apr. 18, 2007) (No. 06–1381), which held that the district court is not required to provide notice prior to sentencing of its *sua sponte* intention to impose a non-Guidelines sentence. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.